■■■ In the Matter of the Arbitration between BUFFALO POLICE BENEVOLENT ASSOCIATION, Respondent, and CITY OF BUFFALO, Appellant. [765 NYS2d 545] —Appeal from a judgment of Supreme Court, Erie County (Rath, Jr., J.), granted May 16, 2002, which granted the petition pursuant to CPLR 7510 to confirm an arbitration award.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Erie County, Rath, Jr., J. Present—Pigott, Jr., P.J., Green, Scudder, Gorski and Hayes, JJ.